UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    22cr566(DLC)
                                     :
         -v-                         :    ORDER
                                     :
SAUL TEJEDA CERVANTES,               :
                                     :
              Defendant.             :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    As set forth on the record at the conference held on April 6, 2023, it is hereby

    ORDERED that on-duty C.J.A. counsel John Diaz is appointed to represent the defendant, and attorney Jill Shellow is relieved.

    SO ORDERED:

Dated:   New York, New York
         April 6, 2023

                                                         DENISE COTE
                                        United States District Judge