

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2023

**BY ECF**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: **United States v. Saul Tejeda Cervantes**, 22 Cr. 566 (DLC)

Dear Judge Cote:

      The parties jointly write to request that the Court schedule a change of plea hearing in this matter, in which trial is scheduled to begin on June 12. Based on discussions with Chambers, the parties understand that the Court is available on Thursday, May 18, at 10 a.m. Both parties are available at that time.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                     by: _____
                                  Patrick R. Moroney
                                  Assistant United States Attorney
                                  (212) 637-2330

cc (by ECF):   John Diaz, Esq.