

# Diaz & Moskowitz, PLLC
Attorneys at Law

| **John A. Diaz, Esq.** | johnadiazlaw@gmail.com | www.dmlawny.com |

Garden City Office:　　　　　　　　　　　　　　　　　　　　　　　　　　New York Office:
1225 Franklin Avenue　　　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway
Suite 325　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 715
Garden City, NY 11530　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10007
(516) 992-3496　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 227-8208
(516) 686-6444　　　　　　　　　　　　　　　　　　　　　　　　　Fax  (212) 566-8165

September 1, 2023

**VIA ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　　　　　　　Re:　　*United States v. Tejada Cervantes,* **22 CR 566 (DLC)**

Dear Judge Cote:

　　I was assigned to represent the defendant, Saul Ivan Tejada Cervantes, pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Tejada Cervantes was sentenced on August 24, 2023. The purpose of this letter is to respectfully request that the Court recommend that Mr. Tejada Cervantes be housed at Fort Dix. The Court's time and consideration of this matter are greatly appreciated.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　John A. Diaz, Esq.

*Denied.*
*/s/ Denise Cote*
*9/6/23*

1